**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MELINDA K. HENDERSON**                                 **PLAINTIFF**

**V.**                    **CASE NO.: 3:10CV00064 BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration**                       **DEFENDANT**

## <u>JUDGMENT</u>

Melinda K. Henderson's appeal is denied and judgment is entered in favor of

Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 25th day of March, 2011.

_____

UNITED STATES MAGISTRATE JUDGE